

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00497-CV

Satbir S. **CHHINA**, M.D. and Alejandro Gonzalez, Jr., FNP-C,
Appellants

v.

Luz Del Carmen **RODRIGUEZ** and Victor Velazquez, Individually and as Representatives of
the Estate of R.V., Deceased,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA002662D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.
It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED December 27, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice